**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZACK MILLER, et al., | ) | CASE NO. CV08-3929-AHM (VBKx) |
| Plaintiff(s), | ) ) | ORDER REMOVING CASE FROM ACTIVE CASELOAD |
| v. | ) ) | |
| THE HERTZ CORPORATION, *et al.*, | ) ) ) | |
| Defendant(s). | ) | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 45 days, to request a status conference be scheduled if settlement is not consummated.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: September 28, 2009

_____
A. HOWARD MATZ
United States District Judge

**JS-6**